# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01694-BNB

KEITH R. CRUMBLEY,

    Applicant,

v.

[NO NAMED RESPONDENT],

    Respondent.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 21 2007

GREGORY C. LANGHAM
    CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Applicant's motion for stay of proceedings is DENIED. Applicant must have exhausted state remedies prior to initiating a habeas corpus action, not while the action is pending. Applicant continues to have **thirty (30) days from the date of the September 7, 2007, minute order** in which to submit a habeas corpus application as directed in the order to cure filed on August 10, 2007. Failure to do so within the time allowed will result in the dismissal of the instant action.

Dated: September 21, 2007

Copies of this Minute Order mailed on September 21, 2007, to the following:

Keith R. Crumley
Prisoner No. 47782
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

                                          Secretary/Deputy Clerk