IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01694-BNB

KEITH R. CRUMBLEY,

    Applicant,

v.

[NO NAMED RESPONDENT],

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 01 2007

GREGORY C. LANGHAM
CLERK

## ORDER OVERRULING OBJECTION

This matter is before the Court on the document titled "Objection to Magistrate Boland Minute Order Denying the Motion to Stay Proceedings" submitted to the Court *pro se* on October 10, 2007, by Applicant, Keith R. Crumbley. In the document, Mr. Crumbley objects to Magistrate Judge Boyd N. Boland's September 21, 2007, minute order denying his motion for stay of proceedings and informing him that he must have exhausted state remedies prior to initiating a habeas corpus action, not while the action is pending.

The Court will construe the document liberally as an objection filed pursuant to 28 U.S.C. § 636(b)(1)(A). For the reasons stated below, the objection will be overruled.

Pursuant to 28 U.S.C. § 636(b)(1)(A), a judge may reconsider any pretrial matter designated to a magistrate judge to hear and determine where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law. The Court concludes that Magistrate Judge Boland's September 11, 2007, minute order is neither clearly erroneous nor contrary to law. Therefore, Mr. Crumbley's liberally construed

objection will be overruled. Accordingly, it is

ORDERED that the document titled "Objection to Magistrate Boland Minute Order Denying the Motion to Stay Proceedings" submitted to the Court *pro se* on October 10, 2007, by Applicant, Keith R. Crumbley, is construed liberally as an objection filed pursuant to 28 U.S.C. § 636(b)(1)(A), and is overruled. It is

FURTHER ORDERED that Applicant has **thirty (30) days from the date of this order** to comply with the August 10, 2007, order to cure if he wishes to pursue his claims in this action. It is

FURTHER ORDERED that if Applicant fails to comply with the August 10, 2007, order as directed within the time allowed, the action will be dismissed without further notice.

DATED at Denver, Colorado, this 31 day of Oct., 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01694-BNB

Keith R. Crumley
Doc# 47782
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

  I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  11-1-07 .

            GREGORY C. LANGHAM, CLERK

           By:   *Angie*
               Deputy Clerk