IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01694-BNB

KEITH R. CRUMLEY,

Applicant,

v.

[NO NAMED RESPONDENT],

Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 13 2007

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Applicant, Keith R. Crumley, filed *pro se* a motion titled "Motion for Reconsideration of Sentence" and a letter to the Court requesting an extension of time in which to submit a habeas corpus application. He failed either to pay the $5.00 filing fee or to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action. As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court determined that the submitted documents were deficient.

Therefore, on August 10, 2007, Magistrate Judge Boyd N. Boland ordered Mr. Crumley to cure certain deficiencies in the action if he wished to pursue his claims. The clerk of the Court directed him to submit on the proper, Court-approved forms a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. The August 10 order warned Mr. Crumley that if he failed to cure the

designated deficiencies within the time allowed, the action would be dismissed without further notice.

On August 23, 2007, Mr. Crumley paid the $5.00 filing fee. On September 7, 2007, Magistrate Judge Boland granted Mr. Crumley another thirty-day extension of time in which to submit a habeas corpus application. On September 20, 2007, Mr. Crumley submitted a motion for stay of proceedings, which Magistrate Judge Boland denied in a September 21, 2007, minute order. In an order filed on November 1, 2007, the Court overruled Mr. Crumley's objection to Magistrate Judge Boland's September 21 minute order. In the November 1 order, the Court provided Mr. Crumley with an additional thirty days in which to comply with the August 10, 2007, order to cure if he wished to pursue his claims in this action. The November 1 order warned Mr. Crumley that if he failed to comply with the August 10 order as directed within the time allowed, the action would be dismissed without further notice.

Mr. Crumley has failed within the time allowed to cure the remaining deficiency by filing a habeas corpus application as directed or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure and for failure to prosecute. It is

FURTHER ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action is denied as moot.

DATED at Denver, Colorado, this 11 day of Dec, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01694-BNB

Keith R. Crumley
Prisoner No. 47782
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 12\13\07

                              GREGORY C. LANGHAM, CLERK

                              By: _____
                                       Deputy Clerk